UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CR-05-061-JLQ |
| vs. | ORDER RE: PENDING MOTIONS |
| BIFFER ARTHUR WELLENDORF, | |
| Defendant. | |

It has been brought to the attention of the court that several motions filed in this case have been orally ruled upon, but not reflected in an Order. This Order is intended to remedy that situation. **It Is Hereby Ordered:**

1. Plaintiff's Motion in Limine Precluding Defendant from Presenting Certain Evidence and/or Frivolous Arguments (Ct. Rec. 22) is **Denied as Moot.**

2. Plaintiff's Motion in Limine Regarding Use of Summary Witness and Summary Charts (Ct. Rec. 49) is **Denied as Moot.**

3. Defendant's Motion to Dismiss Objection of Misconduct (Ct. Rec. 99) is **Denied.**

4. Defendant's Motion to Stay (Ct. Rec. 100) is **Denied.**

5. Defendant's Motion to Proceed In Forma Pauperis (Ct. Rec. 101) is **Denied.**

**IT IS SO ORDERED**. The Clerk is directed to enter this Order and forward copies to counsel and Dr. Wellendorf.

**DATED** this 2nd day of August, 2005

s/ Justin L. Quackenbush

JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

-- 1