UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>  vs. )<br>BIFFER ARTHUR WELLENDORF, )<br>    Defendant. ) | NO. CR-05-061-JLQ<br><br>FINDINGS OF FACT AND<br>CONCLUSIONS OF LAW |

    A bench trial of the above entitled action commenced on August 1, 2005 and concluded on August 3, 2005. This Order is intended to memorialize the oral findings and conclusions of the court.

**1. Findings of Fact**

    The evidence in this case established beyond a reasonable doubt that the Defendant received income in excess of the statutory minimums requiring the filing of an income tax return for the years 1998, 1999, 2000 and 2001; failed to file income tax returns for 1998, 1999, 2000 and 2001; and failed to file the returns intentionally and wilfully.

    The evidence established that Defendant has a disagreement with the tax laws of the United States. He attempted to claim the income he was paid for chiropractic services he rendered to patients was compensation rather than income, that he is not a citizen of the United States, but rather a citizen of Washington, and that he believes he is not required to file income tax returns. However, citizenship is not a prerequisite to a person earning income in this country to file income tax

returns.

The court noted that former patients of Dr. Wellendorf who came to court to testify appeared to have a high regard for the Dr. and his ability in his profession. The court has asked itself many times why someone as intelligent and personable as Dr. Wellendorf would put himself in this position. The court finds that IRS Agents Suzanne Spanski and Joseph Carlson afforded Defendant every legal and practical consideration possible and spent countless hours investigating this case. Additionally, Agent Spanski gave Defendant notice of summons served on third parties, even though not required to do so by statute since she was conducting a criminal investigation.

**2. Conclusions of Law**

Defendant's positions appears to have become a cause, without any legal foundation, to the Defendant. However, the court has clearly explained the income obligations of Dr. Wellendorf to him. The time is now for him to give up his frivolous positions and contentions. Dr. Wellendorf is a citizen of the United States. Citizens of this country have more freedoms and liberties than people anywhere else in the world. With those freedoms and liberties come a few, but very certain responsibilities of United States citizenship, including serving in the military or civilian service in times of war and paying each citizen's fair share of the costs of Government through the payment of income tax. If each person should take it upon themselves to choose which laws they obey, we would have utter chaos. The income tax we pay provides for many things including the military, highways, protection of our natural resources, recreational areas, and protection of our borders. The Federal Government also makes substantial contributions to the States and local governments and provides Social Security and medical care benefits to those

citizens no longer able to work, and more.

The court is convinced beyond any doubt that Defendant had income in excess of the minimum amounts requiring the filing of an income tax return in 1998, 1999, 2000, and 2001 and the Defendant intentionally and wilfully failed to file income tax returns for those years.  Therefore, the court finds the Defendant Guilty of Count 1, Count 2, Count 3, and Count 4 of the Indictment against him.

Sentencing and hearing on any post-trial motions in this matter is set for 2:00 p.m. on October 7, 2005.

**IT IS SO ORDERED**.  The Clerk is directed to enter this Order and forward copies to counsel and Dr. Wellendorf.

**DATED** this 4th day of August, 2005

s/ Justin L. Quackenbush

JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE